UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LILIANA GOMEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA; CAL-WESTERN RECONVEYANCE CORPORATION,<br><br>        Defendants. | CASE NO.: CV-10-09144-RGK(Ex)<br><br>[Assigned to Hon. R. Gary Klausner, District Judge, Courtroom 850]<br><br>**[~~PROPOSED~~] JUDGMENT OF DISMISSAL OF WELLS FARGO BANK, N.A.** |

On March 22, 2011, this Court entered an Order granting defendant WELLS FARGO BANK, N.A.'s ("Wells Fargo") motion to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Wells Fargo is dismissed from this action with prejudice.

2. Plaintiff Liliana Gomez shall take nothing from defendant Wells Fargo.

3. As the prevailing party, Defendant Wells Fargo may submit motions to tax costs ~~and to recover reasonable attorneys' fees~~.

IT IS SO ORDERED.

Dated: April 28, 2011

_____
The Honorable R. Gary Klausner
United States District Judge