JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA GOMEZ, | Case No. CV 10-09144-RGK (Ex) |
| Plaintiff(s), | |
| VS. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| WELLS FARGO BANK, NA, et al. | |
| Defendant(s). | |

On April 28 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff was ordered to respond not later than May 6, 2011. As of this date, no response has been filed, therefore, the matter is ordered dismissed.

**IT IS SO ORDERED.**

Dated: May 20, 2011

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE